IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:07 cr 0013 |
| | : | WALTER HERBERT RICE |
| vs. | : | INFORMATION |
| | : | 26 U. S. C. § 7201 |
| RANDALL AARON DAVIDSON, | : | |
| | : | |
| Defendant. | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1
### (Attempt to Evade and Defeat Payment of Income Tax)

That during the calendar year 2002, RANDALL AARON DAVIDSON, a resident of Beavercreek, Ohio, had received taxable income in the sum of $1,015,000; that upon said taxable income there was owing to the United States of America an income tax of approximately $359,519; that well-knowing and believing the foregoing facts, RANDALL AARON DAVIDSON, on or about April 15, 2003, in the Southern District of Ohio, did willfully attempt to evade and defeat the said income tax due and owing by him to the United States of America for said calendar year by failing to make an income tax return on or before April 15, 2003, as required by law, to any proper officer of the Internal Revenue Service, by failing to pay to the Internal Revenue Service said income tax, and by concealing and attempting to conceal from all

1

proper officers of the United States of America his true and correct income; generating false and fraudulent invoices, mortgage loan applications, HUD-1 settlement statements and other documents associated with his fraudulent mortgage activities.

All in violation of 26 U. S. C. § 7201.

GREGORY G. LOCKHART
UNITED STATES ATTORNEY

VIPAL J. PATEL
Deputy Chief, Criminal Division

2